IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THE ESTATE OF DENISE SHORT,
BY AND THROUGH KIERRA CALHOUN,
AS ADMINISTRATRIX, AND KIERRA CALHOUN,
ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF DENISE SHORT                                                  PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:24-CV-00293-HTW-LGI

THE MISSISSIPPI DEPARTMENT OF
CORRECTIONS, BURL CAIN, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITIES
AS THE COMMISSIONER OF THE
MISSISSIPPI DEPARTMENT OF CORRECTIONS,
JOHN HUNT, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES AS A SUPERINTENDENT
OF THE CENTRAL MISSISSIPPI CORRECTIONAL
FACILITY, TEREDA HAIRSTON, IN HER
INDIVIDUAL AND OFFICIAL CAPACITIES AS A
SUPERINTENDENT OF THE CENTRAL
MISSISSIPPI CORRECTIONAL FACILITY,
BENJAMIN JENNINGS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES AS AN EMPLOYEE OF
THE MISSISSIPPI DEPARTMENT OF CORRECTIONS,
VITALCORE HEALTH STRATEGIES, LLC, JASMINE
NELSON, KALIAH ROBINSON, ROSALYNN ALLEN,
WHITNEY A. DIXON, AND JOHN/JANE DOES 1-3
And 12-30, IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES AS EMPLOYEES
OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS       DEFENDANTS

**ORDER STAYING DISCOVERY PURSUANT TO LOCAL RULE 16(b)(3)**

This matter is before the Court on the Motion to Dismiss [Docs. 28, 31, 41] of Defendants VitalCore Health Strategies, LLC; Jasmine Nelson; Kaliah Robinson; Rosalynn Allen; and, Whitney A. Dixon, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Therein, these Defendants invoked qualified immunity and Eleventh Amendment immunity. Rule 16(b)(3)(B) of the Local Uniform Civil Rules of the United States District Courts for the Northern

District of Mississippi and the Southern District of Mississippi states that filing an immunity or jurisdictional defense motion "stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

Accordingly, it is therefore, ORDERED that, pursuant to Local Rule 16(b)(3)(B), the attorney conference, disclosure requirements, and all discovery in this matter are hereby stayed until further order of the Court.

SO ORDERED AND ADJUDGED, this the 19th day of March, 2025.

*s/LaKeysha Greer Isaac*
United States Magistrate Judge

152381187.1    2