UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION
**November 2025**
**CIVIL NON-JURY AND JURY CALENDAR**

JUDGE HENRY T. WINGATE
-----------------------------------------------------------------------------·

The following non-jury and jury cases in the Northern Division of this District are set for trial and will be heard during the trial calendar that commence**s Monday, November 3, 2025,** Sixth Floor East, Courtroom No. 6A, JACKSON FEDERAL COURTHOUSE, 501 East Court Street, Jackson, Mississippi**,** with Judge Henry T. Wingate presiding. A probable trial date will be announced following pretrial conferences.

Attorneys are instructed to keep in touch with the Judge's office during the session to ascertain the status of the calendar. All counsel, witnesses, and clients are also expected to appear in Court and be ready for trial on reasonable notice. All orders of continuance must be granted by Judge Wingate. This court will not grant any continuance filed less than five days before the trial date.

Pursuant to Local Uniform Civil Rule 16(j)(1), a pretrial conference before Judge Henry T. Wingate is hereby ordered in all cases on this calendar on **Friday, October 10, 2025**, in Jackson, MS. The time is noted in the first column of page 3 of this calendar. The parties are reminded that subject to Local Rule 16(j)(6)(A), all trial counsel must attend and must have full settlement authority. The Court further orders the parties to have a representative of their client with settlement authority available by telephone.

## PLEASE TAKE NOTICE:

1.      **Motions Deadlines:** The time for filing of motions has been established by scheduling orders. No motions will be considered which are filed out of time as set forth in the scheduling order of the particular case.

2.      **Motions *in Limine*:** Other than motions challenging another party's expert, motions *in limine* must be filed no later than fourteen calendar days before the pretrial conference, and all responses must be filed no later than seven calendar days before the pretrial conference.

3.      **Pretrial Order: No later than noon the day before the pretrial conference**, counsel for the parties are to prepare and e-mail to the Court a proposed joint pretrial order. In cases where a pretrial conference has been held and a pretrial order submitted, you are expected to bring the Court up to date as to any additional suggested amendments to the previous pretrial order. Please note Local Rule 16(j) governing pretrial conferences and use Official Form No. 3 for the format of all pretrial orders.

4.      **Witness and Exhibit Lists:** In addition to the lists of witnesses and exhibits contained in the pretrial order, the parties shall e-mail their exhibit and witness lists to the Court on the same date their jury instructions are submitted. **Sample copies are attached.**

5.      **Jury Instructions:** A date for submitting proposed jury instructions will be established at the pretrial conference for all jury cases. When due, the parties must e-mail a copy of their instructions to the Court and copy all counsel of record. All instructions should include a list of authorities supporting the instruction on an attached page.

6.      **Bench Trials:** All parties trying bench trials must submit proposed findings of fact and conclusions of law no later than three (3) days before the trial.

7.      **Courtroom Technology:** Judge Wingate's Northern Division courtroom is equipped with a document camera. There is no PC at the lectern, and parties wishing to use electronic document presentation software must bring it on their own laptops. Flat-screen monitors are provided for the witness, jurors, parties, and the Court. Parties intending to use electronic document presentation are encouraged to schedule a visit to the courtroom the week before trail to consider logistics. Visits may be scheduled through Judge Wingate's Chambers at (601) 608-4100 or Patrick Watson at (601) 608-4046. Access to the courtroom is available when trials are not in session, and other conflicts may exist, so please do not wait until the day before trial to request a visit. Finally, use of courtroom presentation software does not eliminate the need to provide hard copies of pre-marked trial exhibits for the record.

8.      **E-mailing Chambers:** All documents referenced in this notice that must be e-mailed to the Court should be addressed to: Wingate_Chambers@mssd.uscourts.gov. Attachments must be in Word format; the subject line must include the civil action number of the case; and all counsel of record should receive a copy.

9.      **Failure to Appear:** Should a party or his attorney fail to appear or to comply with the directions set out herein, an ex parte hearing may be held, and a judgment entered or sanctions imposed.

ARTHUR JOHNSTON, CLERK

s/ JUDGE WINGATE'S CHAMBERS
Judge Wingate's Chambers

## JURY AND NON-JURY CASES

## PRETRIALS BEGINNING – October 10, 2025

## TRIALS BEGINNING – November 3, 2025

**PRETRIALS:**

**PRETRIAL HEARING DATE: October 10, 2025**

**PRETRIAL HEARING TIME: 9:00 A.M.**

**CASES:**

**November 3, 2025**

| | |
|---|---|
| **Estate of Denise Short et al v. Mississippi Department of Corrections et al** | **3:24-cv-293-HTW-LGI** |
| **Jones v. Walmart Stores East, LP et al** | **3:24-cv-345-HTW-LGI** |

**November 17, 2025**

| | |
|---|---|
| **Johnson v. Comcast of Louisiana Mississippi Texas, LLC et al** | **3:23-cv-3009-HTW-LGI** |
| **Cooley v. Wal-Mart Stores East, LP et al** | **3:24-cv-270-HTW-LGI** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

_____                                         PLAINTIFF(S)

VS.                                         CIVIL ACTION NO._____

_____                                         DEFENDANT(S)

P's or D's EXHIBITS

| NUMBER (DESCRIPTION) | SPONSOR | ID. | EVID. |
|---|---|---|---|
| Ex.   P-1 Briefly describe each exhibit<br>or<br>D-1 Double space between exhibits | Do not type into this section | leave blank | leave blank |

NOTE: THE SECOND PAGE OF THIS FORM DOES NOT NEED THE STYLE OF THE CASE, NOR DOES IT NEED A CERTIFICATE OF SERVICE.

# **THIS INSTRUMENT IS A SAMPLE ONLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____DIVISION

_____                                                                  PLAINTIFF(S)

VS.                                                       CIVIL ACTION NO._____

_____                                                                  DEFENDANT(S)

<u>P's or D's WITNESS LIST</u>

NAME                                                                          ADDRESS

_____

_____

_____

_____

_____

_____

_____

# **THIS INSTRUMENT IS A SAMPLE ONLY**

NOTE: THE 2nd PAGE OF THIS FORM DOES NOT NEED THE STYLE OF THE CASE, NOR DOES IT NEED A CERTIFICATE OF SERVICE.